Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| BELERIC ROBLES PUJADAS<br><br>Peticionaria<br><br>v.<br><br>FUNDACIÓN STEFANO STEENBAKKERS BETANCOURT, CORP.; COMPAÑÍA DE SEGUROS A<br><br>Recurridos | KLCE202400990 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2023CV03604<br><br>Sobre: Cobro de Dinero por Incumplimiento de Contrato; Regla 60 |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

*Martínez Cordero, jueza ponente*

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 16 de septiembre de 2024.

Luego de haber examinado la Petición de *Certiorari,* así como la *Moción en Auxilio de Jurisdicción* presentadas el 16 de septiembre de 2024 por la parte peticionaria del título, a la luz del derecho aplicable, este Tribunal deniega la expedición del auto de *certiorari* y, en consecuencia, declaramos No Ha Lugar la solicitud de auxilio de jurisdicción.[1]

**Notifíquese inmediatamente.**

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Véase, Regla 52.1 de las de procedimiento Civil, 32 LPRA Ap. V y la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.

Número Identificador

RES2024_____